**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 432 MAL 2018

                     Respondent    :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court

                v.                   :

                               :

FREDERICK JOHN DAVIS,         :

                    Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of January, 2019, the Notice of Appeal is Quashed. The Application to Supplement is Dismissed as Moot. The Motion to Correct the Record, Motion to Correct Prior Case Numbers on Docket and Correct Concise Statement Pursuant to Pa.R.A.P. 1925(b), Application for Relief Pa.R.A.P. 123, and Petition for Allowance of Appeal are **DENIED**.